**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Tammy E. Rang,

         Plaintiff,

   -vs-

Jo Anne B. Barnhart,
Commissioner of Social Security,

         Defendant.

CIVIL NO. 06-10236

Judge Marianne O. Battani

Magistrate Judge R. Steven Whalen

## ORDER

The Court grants the defendant's motion for remand and hereby ORDERS that, pursuant to the sixth sentence of 42 U.S.C. §405(g), this action be remanded to the Commissioner, Social Security Administration for appropriate further action.

IT IS SO ORDERED.

                                            s/Marianne O. Battani
                                            Marianne O. Battani
                                            United States District Judge

Dated: <u>MAY 16, 2006</u>